United States District Court
Southern District of Texas
**ENTERED**
February 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JULIO ADOLFO ARREAGA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:16-CV-00007 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

## ORDER

A Scheduling Order was issued in this case on June 6, 2016. (Dkt. 10). An extension to file contested motions was granted on October 19, 2016. (Dkt. 13). The deadline to file contested motions, February 3, 2017, has now passed (*Id.*), and there are no motions pending before the Court. Accordingly, the Court hereby **ORDERS** the parties to file a Joint Pretrial Order no later than **Tuesday, March 14, 2017**.

IT IS SO ORDERED.

SIGNED this ___14th___ day of February, 2017.

_____
THE HONORABLE J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE